**DECLARATON OF TIMOTHY HURT IN SUPPORT OF GOVERNMENT'S**

**RESPONSE BRIEF IN SUPPORT OF DETENTION**

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), and I am one of the SAs assigned to the investigation of GUAN LEI ("GUAN"). I submit this declaration in support of Government's Response Brief in Support of Detention.

2. Based on my discussions with other FBI agents and the analyst at the Australian Strategic Policy Institute ("ASPI") identified below; my review of open-source online resources, U.S. State Department and media reports, and a letter GUAN submitted to the University of California, Los Angeles ("UCLA"); and my training and experience, I know the following:

   a. ASPI brands itself as "an independent, non-partisan think tank that produces expert and timely advice for Australia's strategic and defence leaders."[1] Alex Joske ("Joske") is an ASPI analyst whose research includes efforts by the government of the People's Republic of China ("PRC") to obtain technology and other information from foreign nations.

   b. The PRC government established the Chinese Scholarship Council ("CSC") in 1996 as a non-profit institution affiliated with the PRC's Ministry of Education.

   c. The CSC is responsible for the enrollment and administration of Chinese Government Scholarship programs and provides funding for both undergraduate and graduate students, as well as post-doctoral visiting scholars, to PRC citizens wishing to study abroad and to foreign citizens wishing to study in the PRC.

---

[1] See https://www.aspi.org.au (last accessed Sept. 2, 2020).

The CSC is financed mainly by the PRC's special appropriations or scholarship programs.

       d.    According to the U.S. Department of State,[2] the Chinese Communist Party ("CCP") exploits the open and transparent nature of academic research institutions in the United States to bolster China's own military capabilities through bodies like the CSC, which requires academic scholarship recipients to report their overseas research to PRC diplomats.

       e.    Based on my discussions with Joske and records provided by him, I know that the CSC regularly publishes lists of persons who are awarded CSC scholarships and the lists include a code associated with each scholarship recipient. By comparing approximately eight years' worth (2010-2018) of those lists (to include at least three dozen CSC scholarship winners designated with the "0317" code) against publicly-available academic work or other websites in China, Joske determined that "0317" was designated to PLA officers or "cadre," both of which are uniformed Chinese military personnel.

       f.    For example, according to Joske, CSC scholarship number "2018**0317**0150" in the 2018 list was awarded to G.B.[3] and publicly-available websites in the PRC show that G.B. is employed at China's Fourth Military Medical University (also known as the Air Force Medical University).

---

[2] https://www.state.gov/military-civil-fusion/ (last accessed Aug. 24, 2020).

[3] I have used initials to protect the identity of this person.

2

g. Additionally, over the last nine months, the FBI has arrested or charged the following suspected members of the PLA in the United States, each of whom was assigned the CSC code "0317":

- SONG CHEN, Case No. 20-MJ-70968 MAG (N.D. Cal. Jul. 17, 2020);
- TANG JUAN, Case No. 20-MJ-0096-DB (E.D. Cal. Jun. 26, 2020);
- KAIKAI ZHAO ("ZHAO"), Case No. 20-MJ-00589-DML (S.D. Ind. Jul. 17, 2020);
- WANG XIN, Case No. 20-MJ-70720-MAG (N.D. Cal. Jun. 8, 2020); and
- YANQING YE, No. 20-CR-10021 (D. Mass. Jan. 28, 2020).

3. Based on my review of Complaints filed in the above-referenced criminal cases, the U.S. visa applications of the named defendants, and my discussions with other FBI agents, I know the following:

a. All five of the defendants identified above either denied serving in the PLA or responded they were no longer serving in the PLA on their U.S. visa applications. All five later either admitted to serving in the PLA or were identified in photographs wearing PLA military uniforms.

b. For example, ZHAO was a PhD student from the PRC's National University of Defense Technology ("NUDT") studying machine learning and artificial intelligence, just like GUAN. ZHAO denied on his U.S. visa application ever having previously served in the military before coming to the United States to study at Indiana University. Contrary, to ZHAO's statement under oath on his visa application, the FBI subsequently discovered a photograph of ZHAO in PLA Air Force uniform and multiple academic articles authored by ZHAO published by PRC military universities regarding military technology, including an article on air combat radar technology.

3

1  c. According to a letter submitted by GUAN to UCLA, a copy of which is attached as **Exhibit 1**, his CSC "File No." is "2018**0317**0205." Based on the above, the presence of "0317" in that "File No." identifies GUAN as a member of the PLA.

4. Based on my comparison of an NUDT admission letter submitted by GUAN to Assistant Chief Immigration Judge Rodin Rooyani and similar NUDT admission letters that I found online, and with the assistance of a Mandarin-language translator, I know the following:

a. GUAN's admission letter was different than any of the PLA NUDT admission letters I found online. Every admission letter I found online depicted a stamped seal with the characters "中國" (China), "人民" (People), "解放軍" (Liberation Army), "國防" (National Defense), "科學" (Science), "技術" (Technology), "大學" (University), and "研究生院" (Graduate School). The stamped seal on GUAN's admission letter, by contrast, does not include "中國" (China), "人民" (People), or "解放軍" (Liberation Army).

b. Based on my training and experience, I know that it is possible using computer software to digitally manipulate original documents to alter their appearance, including by omitting the presence of Mandarin-language characters.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: September 3, 2020

Timothy Hurt, Special Agent

# Exhibit 1



# 中国国家留学基金管理委员会
## CHINA SCHOLARSHIP COUNCIL

June 4th, 2018

To whom it may concern,

This is to certify that Mr. GUAN LEI (File No. 201803170205, Date of Birth 1991-02-05) has been awarded a scholarship under the State Scholarship Fund to pursue his study in the United States of America as a joint PhD. student. The awardee was selected through a rigid academia evaluation process organized by the China Scholarship Council (CSC) in 2018. The scholarship covers the international airfare and the living stipend. The stipend is USD 1,300-1,700 per month for a period of 20 months. The Education Section of the Chinese Embassy or the Chinese Consulate General in your country is entrusted by CSC to look after the welfare of the awardee and make the payment to the awardee.

CSC is a non-profit institution affiliated with the Ministry of Education of the P. R. China. It is entrusted by the Chinese Government with the responsibilities of managing the State Scholarship Fund and other related affairs. It sponsors Chinese citizens to pursue study abroad and international students to study in China.

In accordance with the laws and regulations and related policies, the awardee has signed with CSC an "Agreement for Study Abroad for CSC Sponsored Chinese Citizens". In this notarized Agreement, the awardee promises to return to China upon completion of his study within the set time in your country.

This document is valid on condition that the awardee arrives in the United States of America no later than March 31st, 2019.

CHINA SCHOLARSHIP COUNCIL

Add: Level 13, Building A3, No.9 ChegongzhuangAvenue,   Beijing 100044, P.R China
TEL:86-10-66093900   88393619   FAX:86-10-88393620   http://www.csc.edu.cn