1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>GUAN LEI,<br><br>    Defendant. | Case No.  20-MJ-04071<br><br>**ORDER OF DETENTION** |
|---|---|

  On August 28, 2020, Defendant GUAN Lei made his initial appearance on the Complaint filed in this matter.  Deputy Federal Public Defender Michael Schachter was appointed to represent Defendant.  At Defendant's request, the detention hearing was continued to September 3, 2020, and a detention hearing was held on that date.

  On motion by the Government pursuant to 18 U.S.C. § 3142(f) in a case allegedly involving a serious risk that the defendant will flee and a serious risk that defendant will obstruct or attempt to obstruct justice, the Court finds

that no condition or combination of conditions will reasonably assure the appearance of the Defendant as required.[1]

The Court has considered: (a) the nature and circumstances of the offense charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. *See* 18 U.S.C. § 3142(g). The Court has also considered the following: The Complaint and supporting Affidavit of FBI Special Agent Timothy Hurt; the Government's Notice of Request for Detention; the Reports and Recommendations of Detention prepared by the U.S. Pretrial Services Agency on August 28 and September 3, 2020; the Government's Supplemental Memorandum in Support of Detention and Exhibit thereto and the Notice of Errata and Government's Corrected Supplemental Memorandum in Support of Detention; the Defendant's Opposition to Government's Request for Detention and Exhibits thereto; the Government's Response Brief in Support of Detention and Declaration and attachments thereto; and the arguments of counsel at the hearing.

The Court bases its conclusions on the following: Defendant has strong ties to the People's Republic of China ("PRC"), a country with which the United States has no extradition treaty. He is a citizen of the PRC, has family ties to the PRC, and possesses a Chinese passport. Defendant was a student at the National University of Defense Technology, an institution in the PRC

---

[1] In this matter the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety of any person or the community. *See* 18 U.S.C. § 3142(e)(2).

that is affiliated with the PRC's People's Liberation Army ("PLA"). The Government proffered circumstantial evidence of Defendant's connections to the PLA, which supports the inference that Defendant would have access to resources and assistance to leave the United States regardless of any conditions of release that could be imposed.

Although defendant has been in the United States on a J-1 visa since 2018 conducting research at UCLA he appears to have minimal, if any, ties to the Central District of California or to the United States. He was unable to provide the Pretrial Services Agency with contact information for any family members or friends to verify his background information or to assist with bond, and he has no assets in the United States. His only known close associate in the United States is his girlfriend, also a citizen of the PRC, who was arrested on August 31, 2020, after attempting to board a flight from Los Angeles to the PRC and detained as a material witness.

Additionally, the nature and circumstances of the alleged offense indicate that Defendant is willing and able to destroy evidence. The Complaint alleges that one week after Defendant was interviewed by the FBI, he threw a destroyed hard drive into a dumpster outside his apartment while his girlfriend served as a lookout. An FBI computer scientist examined the hard drive and concluded that it had been intentionally destroyed.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the

1 corrections facility in which defendant is confined will deliver the defendant to
2 a United States Marshal for the purpose of an appearance in connection with
3 a court proceeding.  *See* 18 U.S.C. § 3142(i).

5 Dated: September 04, 2020

_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE